Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LaSandra Hillson, et al.

Plaintiff(s),

v.

Kelly Services, Inc.,

Defendant(s).

Case No: 4:14cv03256

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Megan D. Yelle, an active member in good standing of the bar of USDC D. Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Hillson, Bohler, and Schmidt in the above-entitled action. My local co-counsel in this case is Matthew C. Helland, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Nichols Kaster, PLLP, 4600 IDS Center, 80 South 8th St, Minneapolis, MN 55402 | One Embarcadero Center, Suite 720, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 256-3200 | (415) 277-7235 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| myelle@nka.com | helland@nka.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0390870.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/15/14

Megan D. Yelle
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Megan D. Yelle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 16, 2014

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    October 2012

# UNITED STATES DISTRICT COURT

## District of Minnesota

**CERTIFICATE OF GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Megan Yelle, Bar # 390870, was duly admitted

to practice in this Court on September 17, 2010 and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on April 10, 2014.

RICHARD D. SLETTEN, CLERK

(By)  Larry Lewis, Deputy Clerk

Form Modified 12/30/03