Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LaSandra Hillson, et al.,

               Plaintiff(s),

      v.

Kelly Services, Inc.,

               Defendant(s).

Case No: 3:14-cv-03256

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, E. Michelle Drake, an active member in good standing of the bar of U.S.D.C. D. Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Hillson, Bohler and Schmidt in the above-entitled action. My local co-counsel in this case is Matthew C. Helland, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 4600 IDS Center, 80 S 8th Street, Minneapolis, MN 55402 | One Embarcadero Center, Suite 720, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (612) 256-3200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 277-7235 |
| MY EMAIL ADDRESS OF RECORD: drake@nka.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: helland@nka.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0387366.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/30/14

                                E. Michelle Drake

                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of E. Michelle Drake is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 16, 2014

                                  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

February 18, 2014 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

### CERTIFICATE OF
### GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

E. Michelle Drake, Bar #387366, was duly admitted

to practice in this Court on June 7, 2007 and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on February 18, 2014.

RICHARD D. SLETTEN, CLERK

(By) _____ Larry Lewis, Deputy Clerk

Form Modified 12/30/03