SEYFARTH SHAW LLP
Gerald L. Maatman, Jr. (*pro hac vice pending*)
*gmaatman@seyfarth.com*
Pamela Q. Devata (*pro hac vice pending*)
*pdevata@seyfarth.com*
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5882
Facsimile: (312) 460-7882

SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
*lmaechtlen@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KELLY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA HILLSON, STEVEN BOHLER, and ASHLEY SCHMIDT, individually and as representatives of the class,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KELLY SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 3:14-cv-03256-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:　Honorable Vince Chhabria<br>Dept.:　4<br><br>First Amended Complaint Filed:<br>August 19, 2014 |

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:14-CV-03256-VC

18412081v.1

# STIPULATION

WHEREAS the Parties are meeting and conferring regarding the appropriate venue for this matter;

WHEREAS the Parties are also meeting and conferring regarding possible approaches to early resolution of this matter without Court involvement;

WHEREAS the resources of this Court and the Parties are better conserved by allowing the Parties to continue to meet-and-confer and attempt to reach agreement on venue and early resolution prior to having a Case Management Conference before this Court;

NOW, THEREFORE, pursuant to Civil L.R. 6-2, the Parties are stipulating to continue the Case Management Conference in this action currently scheduled for October 28, 2014 to November 18, 2014, at 10:00 a.m., and the associated deadlines for filing a Joint Case Management Conference Statement and Initial Disclosures from October 21, 2014, to November 11, 2014.  In support of this Stipulation, and pursuant to Civil L.R. 6-2, the Parties concurrently submit the Declaration of Laura J. Maechtlen.

Stipulated and respectfully submitted,

DATED:  October 21, 2014                    NICHOLS KASTER, LLP


By:     */s/ E. Michelle Drake*
E. Michelle Drake (*pro hac vice*)
Megan D. Yelle (*pro hac vice*)
Daniel C. Bryden (*pro hac vice*)
Matthew C. Helland

Attorneys for Plaintiffs
LASANDRA HILLSON, STEVEN BOHLER, and ASHLEY SCHMIDT, individually and as representatives of a class

1  DATED:  October 21, 2014                    SEYFARTH SHAW LLP

3                                          By:      */s/ Laura J. Maechtlen*
                                                Gerald L. Maatman, Jr. (*pro hac vice pending*)
4                                               Pamela Q. Devata (*pro hac vice pending*)
                                                Laura J. Maechtlen

                                                Attorneys for Defendant
6                                               KELLY SERVICES, INC.

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:14-CV-03256-VC

18412081v.1

## [~~PROPOSED~~] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 23, 2014

_____
Hon. Vince Chhabria

## CONSENT TO ELECTRONIC FILING

Pursuant to General Order 45, paragraph X.B., I hereby attest that Daniel C. Bryden, a registered ECF user whose user ID and password will not be utilized in the filing of the Stipulation and [Proposed] Order to Continue Case Management Conference, concurred in the filing.

DATED: October 21, 2014                SEYFARTH SHAW LLP

By:   */s/ Laura J. Maechtlen*
     Gerald L. Maatman, Jr. (*pro hac vice pending*)
     Pamela Q. Devata (*pro hac vice pending*)
     Laura J. Maechtlen

     Attorneys for Defendant
     KELLY SERVICES, INC.

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:14-CV-03256-VC

18412081v.1