1  SEYFARTH SHAW LLP
   Gerald L. Maatman, Jr. (*pro hac vice pending*)
2  *gmaatman@seyfarth.com*
   Pamela Q. Devata (*pro hac vice pending*)
3  *pdevata@seyfarth.com*
   131 South Dearborn Street, Suite 2400
4  Chicago, Illinois  60603
   Telephone: (312) 460-5882
5  Facsimile: (312) 460-7882

6  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
7  *lmaechtlen@seyfarth.com*
   560 Mission Street, 31st Floor
8  San Francisco, California 94105
   Telephone: (415) 397-2823
9  Facsimile: (415) 397-8549

10 Attorneys for Defendant
   KELLY SERVICES, INC.

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 LASANDRA HILLSON, STEVEN BOHLER,  )  Case No. 3:14-cv-03256-VC
   and ASHLEY SCHMIDT, individually and as )
   representatives of the class,            )  **STIPULATION AND [PROPOSED]**
15                                          )  **ORDER TO CONTINUE CASE**
                 Plaintiffs,                )  **MANAGEMENT CONFERENCE**
16                                          )
                                            )   AS MODIFIED
           v.                               )  Judge:    Honorable Vince Chhabria
17                                          )  Dept.:    4
   KELLY SERVICES, INC.,                    )
18                                          )  First Amended Complaint Filed:
                 Defendant.                 )  August 19, 2014
19                                          )
                                            )
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:14-CV-03256-VC

18412081v.1

# STIPULATION

WHEREAS the Parties are meeting and conferring regarding the appropriate venue for this matter;

WHEREAS the Parties are also meeting and conferring regarding possible approaches to early resolution of this matter without Court involvement;

WHEREAS the resources of this Court and the Parties are better conserved by allowing the Parties to continue to meet-and-confer and attempt to reach agreement on venue and early resolution prior to having a Case Management Conference before this Court;

NOW, THEREFORE, pursuant to Civil L.R. 6-2, the Parties are stipulating to continue the Case Management Conference in this action currently scheduled for October 28, 2014 to November 18, 2014, at 10:00 a.m., and the associated deadlines for filing a Joint Case Management Conference Statement and Initial Disclosures from October 21, 2014, to November 11, 2014.  In support of this Stipulation, and pursuant to Civil L.R. 6-2, the Parties concurrently submit the Declaration of Laura J. Maechtlen.

Stipulated and respectfully submitted,

DATED:  October 21, 2014            NICHOLS KASTER, LLP

By:     */s/ E. Michelle Drake*
E. Michelle Drake (*pro hac vice*)
Megan D. Yelle (*pro hac vice*)
Daniel C. Bryden (*pro hac vice*)
Matthew C. Helland

Attorneys for Plaintiffs
LASANDRA HILLSON, STEVEN BOHLER, and ASHLEY SCHMIDT, individually and as representatives of a class

1  DATED: October 21, 2014                    SEYFARTH SHAW LLP

                                         By:      */s/ Laura J. Maechtlen*
                                              Gerald L. Maatman, Jr. (*pro hac vice pending*)
                                              Pamela Q. Devata (*pro hac vice pending*)
                                              Laura J. Maechtlen

                                              Attorneys for Defendant
                                              KELLY SERVICES, INC.

1  **[PROPOSED] ORDER GRANTING STIPULATION**

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.  <span style="color:red">No further continuances will be granted.</span>

5  Date: October 23, 2014

6  Hon. Vince Chhabria

8  **CONSENT TO ELECTRONIC FILING**

Pursuant to General Order 45, paragraph X.B., I hereby attest that Daniel C. Bryden, a registered ECF user whose user ID and password will not be utilized in the filing of the Stipulation and [Proposed] Order to Continue Case Management Conference, concurred in the filing.

DATED: October 21, 2014                SEYFARTH SHAW LLP

By:   */s/ Laura J. Maechtlen*
      Gerald L. Maatman, Jr. (*pro hac vice pending*)
      Pamela Q. Devata (*pro hac vice pending*)
      Laura J. Maechtlen

      Attorneys for Defendant
      KELLY SERVICES, INC.

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:14-CV-03256-VC

18412081v.1